No. 1141. SENFOUR INVESTMENT CO., INC. *v.* KING COUNTY. Appeal from Sup. Ct. Wash. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 1113. PLACID OIL CO. ET AL. *v.* UNION PRODUCING CO. ET AL. Sup. Ct. La. and/or Ct. App. La., 1st Cir. The Solicitor General is invited to file a brief expressing the views of the United States. MR. JUSTICE FORTAS took no part in the consideration or decision of this matter.

No. 1107. UNITED STATES *v.* ROBEL. Appeal from D. C. W. D. Wash. Probable jurisdiction noted. *Solicitor General Marshall, Assistant Attorney General Yeagley* and *Kevin T. Maroney* for the United States. *John J. Abt, John Caughlan* and *Joseph Forer* for appellee.